IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02677-RPM

FRED KAFER,

     Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

     Defendant.

_____

ORDER TO COMPLY WITH D.C.COLO.LCivR 7.4
_____

It appearing from the files and records that defendant has not filed a disclosure

statement, it is

ORDERED, that counsel for the defendant shall file a disclosure statement pursuant to

D.C.COLO.LCivR 7.4.

Dated:   December 13th, 2011

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge