IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02677-RPM

FRED KAFER,

    Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

    Defendant.

___

**ORDER FOR DISMISSAL WITH PREJUDICE**
___

THIS MATTER coming before the Court on the parties' Stipulation for Dismissal and the Court having been fully advised in the premises,

HEREBY ORDERS that this case is dismissed with prejudice.

DONE AND SIGNED this 6th day of December, 2012.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge